**FILED**
**J.N**
**MAY 1 9 2008**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

# UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

### AFFIDAVIT OF INDICTMENT IN REMOVAL PROCEEDINGS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | MAGISTRATE JUDGE ASHMAN |
| v. ) | |
| ) | CASE NUMBER: 08CR 393 |
| HASSAN F. ALIDANI ) | |

The undersigned Affiant personally appeared before MARTIN C. ASHMAN, a United States Magistrate Judge, and being duly sworn on oath, states: That at the WESTERN DISTRICT OF MISSOURI (WESTERN DIVISION), one HASSAN F. ALIDANI, was charged by Indictment with a violation of Title 18, United States Code, Section 1204, and that on the basis of Affiant's investigation, and information received concerning the case through official channels, does hereby certify that a Warrant for Arrest is outstanding for the arrest of said defendant (*see* Exhibit A - Warrant for Arrest and Indictment).

Wherefore, Affiant prays that the defendant be dealt with according to law.

_____
GARRETT H. CROON
Special Agent
Federal Bureau of Investigation

Subscribed and Sworn to before me this
19th day of May 2008

_____
MARTIN C. ASHMAN
United States Magistrate Judge

AUSA Kenneth E. Yeadon

Bond set [or recommended] by issuing Court at _____

# EXHIBIT A

# United States District Court

## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

RECEIVED
U.S. MARSHALS SERVICE
2007 AUG -9 AM 8:30
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

v.

HASSAN F. ALIDANI

**WARRANT FOR ARREST**

CASE NO: 07-00278-01-CR-W-NKL

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _Hassan F. Alidani_

and bring him forthwith before the Honorable John T. Maughmer United States Magistrate Judge to answer an

_X_ Indictment  __ Information  __ Complaint  __ Order of Court  __ Violation Notice  __ Probation Violation Petition

charging him with International Parental Kidnaping; in violation of Title 18, United States Code, Section 1204.

JOHN T. MAUGHMER
Name of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

_[signature]_
Signature of Issuing Officer

AUGUST 8, 2007, KANSAS CITY, MISSOURI
Date and Location

Bail fixed at $ _____

_____
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

COPY

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | No. _____ |
| Plaintiff, ) | |
| ) | 18 U.S.C. § 1204 |
| v. ) | NMT 3 Years Imprisonment |
| ) | NMT $250,000 Fine |
| HASSAN F. ALIDANI, ) | NMT 1 Year Supervised Release |
| [DOB: XX/XX/68] ) | Class E Felony |
| ) | |
| Defendant. ) | $100 Mandatory Special Assessment |

### INDICTMENT

THE GRAND JURY CHARGES THAT:

On or about December 5, 2006 and continuing up to and including the date of this Indictment, in the Western District of Missouri and elsewhere, HASSAN F. ALIDANI, defendant herein, did knowingly and intentionally remove and retain his daughter, XXXX, [DOB: XX/XX/03], a minor child, from the United States with the intent to obstruct the lawful exercise of parental rights by the mother of XXXX, Sarah K. Makki, as created and recognized by the state of Missouri. Defendant removed XXXX from the United States to the country of Iraq without Sarah Makki's consent while both defendant and Sarah Makki shared joint physical custody of XXXX., and defendant retained XXXX in the country of Iraq in violation of the Stipulated Judgment and Order of Modification issued on October 10, 2006, by the Platte County, Missouri Circuit Court granting Sarah Makki parenting time with the minor child from Friday evening to Monday morning every week, including December 9-10 and weekends thereafter, and providing any proposed relocation of the residence of the child must be delivered to the other party within at least sixty days of such relocation.

All in violation of Title 18, United States Code, Section 1204.

A TRUE BILL.

/s/ Foreperson
FOREPERSON OF THE GRAND JURY

/s/ David M. Ketchmark
David M. Ketchmark
Assistant United States Attorney

Dated: ___8/8/07___
Kansas City, Missouri
Case 4:07-cr-00278-NKL  Document 1  Filed 08/08/2007  Page 1 of 1

35