Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Martin C. Ashman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 393 - 1 | **DATE** | 5/19/2008 |
| **CASE TITLE** | USA vs. Hassan F. Alidani | | |

**DOCKET ENTRY TEXT**

Removal proceedings held on 5/19/2008. Defendant appears in response to arrest on 5/19/2008. Defendant informed of his rights. Stephen E. Eberhardt is appointed as counsel for defendant. Defendant waives identity hearing. Government seeks detention. Defendant waives his right to a detention hearing. Order defendant removed to the United States District Court for the Western District of Missouri, Western Division in custody.

Docketing to mail notices.

00:07

| | Courtroom Deputy Initials: | IS |
|---|---|---|