U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

U.S. v. Alidani

Case Number: 08 CR 393-1

FILED
MAY 19 2008
MARTIN C. ASHMAN
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Hassan F. Alidani

| | |
|---|---|
| NAME (Type or print) Stephen E. Eberhardt | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Stephen E. Eberhardt | |
| FIRM | |
| STREET ADDRESS 16710 Oak Park Avenue | |
| CITY/STATE/ZIP Tinley Park, IL 60477 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6181963 | TELEPHONE NUMBER 708-633-9100 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☒ | |