**UNITED STATES DISTRICT COURT**
EVERETT MCKINLEY DIRKSEN BUILDING
UNITED STATES COURT HOUSE
219 S. DEARBORN STREET
CHICAGO ILLINOIS 60604

**MICHAEL W. DOBBINS,**                                   **OFFICE OF THE CLERK**
   **CLERK**                        June 4, 2008

Western District of Missouri
Ms. Pat Brune, Clerk
United States District Court
Charles Evans Whittaker United States
Courthouse, 2nd Floor
400 East Ninth Street
Kansas City, MO 64106

**Re:  U.SA -v- Hassan F. Alidani  - 08 CR 393**

Dear Clerk of Court:

Enclosed please find copies of the following documents in connection with removal proceedings
conducted in this District regarding the above named defendant.

 X  Docket Sheet,                    X  Order of Removal dated :5/19/08
     Case No.:   08 CR 393

 X    Affidavit in Removal          ____  Final Commitment Proceedings

 X   Financial Affidavit            ____  Temporary Commitment

____  Order appointing counsel     ____  Order setting conditions of release

___  CJA 20 Form                    ____  Detention Order

 X  Appearance form                 _X__  Appearance Bond

                                    ____  Other(see docket for entries):

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

                                        Sincerely yours,

                                        Michael W. Dobbins, Clerk

                                        by: _____
                                           Marsha E. Glenn, Deputy Clerk