∠C

08 CR 393

RECEIVED

JUN 16 2008  JH

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES POSTAL SERVICE

• Sender: Please print your name, address, and ZIP+4 in this box •

...EL W. DOBBINS
U.S. DISTRICT COURT
DEARBORN STREET
, ILLINOIS 60604

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: 08 CR 393

Western District of Missouri
Ms. Pat Bruns, Clerk
United States District Court
Charles Evans Whittaker United States
Courthouse, 2nd Floor
400 East Ninth Street
Kansas City, MO 64106

2. Article Number
(Transfer from service label)

7006 0100 0003 7333 2784

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X                                      □ Agent
                                       □ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                  JUN 9 2008

D. Is delivery address different from item 1?  □ Yes
   If YES, enter delivery address below:       □ No

08 CR 393

3. Service Type
   □ Certified Mail    □ Express Mail
   □ Registered        □ Return Receipt for Merchandise
   □ Insured Mail      □ C.O.D.

4. Restricted Delivery? (Extra Fee)  □ Yes

FILED

JUN 16 2008  TC
6-16-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT