UNITED STATES DISTRICT COURT
EVERETT MCKINLEY DIRKSEN BUILDING
UNITED STATES COURT HOUSE
219 S. DEARBORN STREET
CHICAGO ILLINOIS 60604

**MICHAEL W. DOBBINS,**
**CLERK**                                   June 4, 2008                              **OFFICE OF THE CLERK**

Western District of Missouri
Ms. Pat Brune, Clerk
United States District Court
Charles Evans Whittaker United States
Courthouse, 2nd Floor
400 East Ninth Street
Kansas City, MO 64106

**Re: U.SA -v- Hassan F. Alidani - 08 CR 393**

Dear Clerk of Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant.

| | |
|---|---|
| _X_ Docket Sheet, Case No.: 08 CR 393 | _X_ Order of Removal dated :5/19/08 |
| _X_ Affidavit in Removal | ___ Final Commitment Proceedings |
| _X_ Financial Affidavit | ___ Temporary Commitment |
| ___ Order appointing counsel | ___ Order setting conditions of release |
| ___ CJA 20 Form | ___ Detention Order |
| _X_ Appearance form | _X_ Appearance Bond |
| | ___ Other(see docket for entries): |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

by: _____
Marsha E. Glenn, Deputy Clerk

**FILED**

JUN 1 6 2008  TC

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**